Alexey Ott
3505 Emerald St. Apt 16
Torrance, CA 90503
310-980-8602
Alexey Ott In Pro Se

FILED
JUN 02 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ALEXEY OTT,<br><br>Debtor. | Case No. 2:25-bk-21229-NB<br>Chapter 13<br>Hon. Neil W. Bason<br><br>**JOINT STATEMENT OF ALEXEY OTT AND LADA OTT REGARDING JUNE 2, 2026 ORDER TO SHOW CAUSE HEARING**<br><br>DATE: June 2, 2026<br>TIME: 11:00 a.m.<br>COURTROOM: 1545 |

This Statement is submitted in connection with the June 2, 2026, 11:00 a.m. hearing regarding the Order to Show Cause entered at Bankr. Dkt. 109 and Adv. Dkt. 3, solely to preserve the record in the event oral presentation is limited, interrupted, or otherwise curtailed.

This Statement is not submitted as briefing, motion practice, or a request for relief. It is submitted solely for record-preservation purposes.

1. Litigants respectfully deny that any filing was submitted for delay, harassment, undue expense, or any other improper purpose.

2. Litigants continue to request identification of the specific statement, filing, factual assertion, or legal contention that allegedly violates Rule 9011(b).

3. Litigants understand that the Court views certain issues as having been previously decided. However, Litigants' purpose was not to relitigate prior judgments but to preserve official governmental records, recorded instruments, and appellate issues relating to matters addressed in the case.

4. Litigants relied on public records, governmental records, court records, recorded instruments, and other documentary materials that they reasonably believed were relevant to issues before the Court.

5. Litigants respectfully submit that preserving documents and arguments for appellate review is not evidence of bad faith, harassment, or improper purpose.

6. Litigants respectfully submit that preserving governmental records, recorded instruments, and issues for appellate review is not the same as seeking to relitigate any prior judgment or order. Litigants' purpose was to ensure that the record accurately reflected the documents and facts on which their position was based.

7. Litigants further respectfully submit that they reasonably believed the issues raised in their filings were relevant to matters before this Court. Litigants understand that the Court may disagree. However, Litigants' understanding was that questions concerning the alleged transfer of the Manufactured Home, related documentation, governmental records, automatic stay issues, property interests, and related appellate issues remained disputed and had not been finally resolved in a manner that addressed the governmental records and documents relied upon by Litigants.

8. Litigants further respectfully submit that the Tentative Ruling identifies categories of conduct and various filings, but does not identify the specific statement, factual assertion, legal contention, or filing that allegedly lacked a reasonable factual or legal basis. Litigants respectfully request identification of the specific conduct at issue.

9. Litigants respectfully reserve all rights regarding any future appeal, reconsideration request, or other available remedy.

Dated: June 2, 2026

Respectfully submitted,

____________________________

Alexey Ott

____________________________

Lada Ott

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1617 N Fuller Ave, Apt. 312, Los Angeles, CA 90046

A true and correct copy of the foregoing document entitled (*specify*): JOINT STATEMENT OF ALEXEY OTT AND LADA OTT REGARDING JUNE 2, 2026 ORDER TO SHOW CAUSE HEARING

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/02/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

John H. Pentecost jpentecost@hartkinglaw.com; alara@hkplawfirm.com
Ryan J Egan regan@hartkinglaw.com; avolz@hartkinglaw.com
Robert M. Dickson rdickson@hkplawfirm.com
Kathy A. Dockery (TR) EFiling@LATrustee.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 06/02/2026 | Natalya Chapovskaya | [signature] |
| *Date* | *Printed Name* | *Signature* |